UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL PATRICK IRLAND,

    Plaintiff,

v.                                        Case No. 11-14787

                                              Hon. Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 11, 2013, Magistrate Judge Michael J. Hluchaniuk submitted a Report and Recommendation, recommending that Plaintiff's motion for summary judgment (Doc. 9) be **GRANTED in part**, that defendant's motion for summary judgment (Doc. 11) be **DENIED in part**, and that this matter be **REMANDED** for further proceedings.

Neither party has filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d). The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

    **IT IS ORDERED.**

                                              S/Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

Dated: March 5, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 5, 2013.

S/Carol A. Pinegar
Deputy Clerk